LAURA E DUFFY
United States Attorney
GLEN F. DORGAN
Assistant U.S. Attorney
California Bar No. 160502
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7344
Fax: (619) 546-7751
Email: glen.dorgan@usdoj.gov

Attorneys for the United States

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

In re KAREN MARLENE HASAN,

Debtor.

Bankr. No.: 13-03632-LA7

**DECLARATION OF GLEN F. DORGAN RE: MOTION FOR ORDER TO SHOW CAUSE WHY DEPARTMENT OF VETERANS AFFAIRS SHOULD NOT BE FOUND IN CONTEMPT**

DATE:   April 23, 2015
TIME:   2:00 p.m.
CTRM.: Dept. 2, Rm. 118

**Hon. Louise DeCarl Adler**

I, Glen F. Dorgan, declare as follows:

1. I am an Assistant United States Attorney for the Southern District of California, and I am assigned to represent the Department of Veterans Affairs in the above-captioned matter. I have personal knowledge of the matters set forth herein, and if called upon to testify, could and would competently testify thereto, except as to those matters that are based on information and belief and, as to those matters, I believe them to be true.

///

2. On or about March 19, 2015, Debtor Karen Marlene Hasan filed and served a motion requesting an Order to Show Cause ("OSC") against the Department of Veterans Affairs ("the VA"). This Office had not previously represented the VA in these bankruptcy proceedings, and I was only recently assigned this file. I did not receive and review the Debtor's underlying motion until April 7, 2015, after the deadline for responding to the motion. I have since initiated an investigation of the underlying matter in conjunction with representatives from the VA, and I have communicated with the Debtor's counsel regarding my representation.

3. As of the date of this declaration, my investigation of this matter is not yet complete, and I am unable to substantively respond to the Debtor's allegations. However, given the progress to date, I anticipate that the investigation will be completed prior to the hearing on April 23, 2015.

4. Should the Court issue an OSC on or after April 23, 2015, I respectfully request on behalf of the VA that the Court set a briefing schedule that will afford the VA a reasonable opportunity to be heard in response to the Debtor's allegations.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge.

Executed at San Diego, California.

Date: April 17, 2015

GLEN F. DORGAN

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
2015 APR 17 PM 12: 58
CLERK
U.S. BANKRUPTCY CT
SO DIST. OF CALIF

| | |
|---|---|
| In Re:<br><br>KAREN MARLENE HASAN,<br>      Debtor, | Bankr. Case No.: 13-03632-LA7<br><br>Certificate of Service |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. On April 17, 2015, I have caused the following to be mailed by First Class Mail, postage prepaid, via the United States Postal Service:

- **DECLARATION OF GLEN F. DORGAN RE: MOTION FOR ORDER TO SHOW CAUSE WHY DEPARTMENT OF VETERANS AFFAIRS SHOULD NOT BE FOUND IN CONTEMPT**

on the following party:

Karen Marlene Hasan
4646 Arizona Street #7
San Diego, CA 92116

I declare under penalty of perjury that the foregoing is true and correct.

DATED:   April 17, 2015

_/s/ GLEN F. DORGAN_